UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS G. MURRAY,<br><br>          Plaintiff,<br><br>  vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; NORTHWEST TRUSTEE SERVICES, INC.; AND CHRISTIANA TRUST, a DIVISION OF WILMINGTON SAVINGS FUND SOCIETY FSB, TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST,<br><br>          Defendants. | NO. CV-13-00274-JLQ<br><br><br>ORDER DIRECTING JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to:

1)      the October 31, 2013 Stipulation of Plaintiff and Defendants Carrington Mortgage Services, LLC and Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-18 (ECF No. 25), indicating they have reached a settlement; and

2)      the August 8, 2013 Stipulation of Plaintiff and Defendant Northwest Trustee Services, Inc. (ECF No. 13) stating that "Plaintiff agrees to voluntarily dismiss the action against NWTS with prejudice should the case be dismissed as to [the Co-Defendants]";

the Clerk of this court shall enter judgment of dismissal of the Complaint (ECF No. 1, Ex. A) and the claims therein with prejudice  and without costs or attorneys fees to any

ORDER - 1

1  party.

The Clerk of this court shall enter this Order and judgment, forward copies to

2  counsel, and close this file.

3  DATED this 31st day of October 2013.

4  **s/ Justin L. Quackenbush**
   **JUSTIN L. QUACKENBUSH**

5  **SENIOR UNITED STATES DISTRICT JUDGE**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2